SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Email: roger@wmaplaw.org
(*pro hac vice application pending*)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and AMARGOSA CONSERVANCY,<br><br>Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND in her official capacity as Secretary of the Interior, TRACY STONE-MANNING in her official capacity as the Director of the Bureau of Land Management, U.S DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and NICHOLAS B. PAY in his official capacity as Field Manager of the Bureau of Land Management Pahrump Field Office,<br><br>Defendants. | Case No: 2:23-cv-1049-JAD-NJK<br><br>**ORDER GRANTING JOINT MOTION FOR ISSUANCE OF SCHEDULING ORDER REGARDING PRELIMINARY INJUNCTION PROCEEDINGS**<br><br>ECF No. 7 |

Plaintiffs, the Center for Biological Diversity and the Amargosa Conservancy, along with the Federal Defendants, U.S. Department of the Interior, Bureau of Land Management, et al. ("BLM"), hereby jointly move for issuance by this Court of a scheduling order to govern proceedings on Plaintiffs' Motion for Preliminary Injunction and related matters in this case.

Plaintiffs filed their complaint on July 7, 2023, challenging BLM's review and approval of the "Let's Go Lithium" exploration project ("Project") (ECF No. 1). Plaintiffs intend to seek injunctive relief from this Court to prevent any ground disturbance associated with the Project until their claims against BLM in this case can be adjudicated. Federal Defendants dispute Plaintiffs' entitlement to injunctive relief.

However, Plaintiffs and Federal Defendants have agreed to coordinate regarding a proposed schedule for preliminary injunction proceedings and related matters in this case in an effort to avoid any need for immediate temporary restraining order proceedings and otherwise to ensure orderly presentation of Plaintiffs' request for relief to this Court.

Plaintiffs and Federal Defendants propose the following briefing and argument schedule for this Court's approval:

| | |
|---|---|
| Plaintiffs' filing of motion for preliminary injunction | **July 17, 2023** |
| Federal Defendants filing of response in opposition to Plaintiffs' motion | **July 24, 2023** (9am pacific time) |
| Plaintiffs' filing of reply in support of motion | **July 28, 2023** |

Based on information received by counsel for the Federal Defendants, Rover Metals, the Project Proponent, anticipates the commencement of ground disturbance as soon as August 1,

2023.[1] Thus, Plaintiffs and Federal Defendants request that this Court schedule oral argument on Plaintiffs' motion on **July 31, 2023**, or as soon as practicable thereafter.

Accordingly, for the foregoing reasons, the parties respectfully request that this Court adopt and issue the parties' proposed scheduling order for preliminary injunction proceedings and related matters in this case.

Dated July 14, 2023                     Respectfully submitted,

*/s/ Scott Lake*
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

Roger Flynn
Western Mining Action Project
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
(*pro hac vice application pending*)

*Attorneys for Plaintiffs*

*/s/ Shannon Boylan*
Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
150 M St. NE
Washington, DC 20002
202-598-9584
shannon.boylan@usdoj.gov

## ORDER

**With good cause appearing, IT IS ORDERED that the joint motion [ECF No. 7] is GRANTED and the parties' stipulated briefing schedule will apply.**

U.S. District Judge Jennifer A. Dorsey
Dated: July 17, 2023

3