# EXHIBIT 1

to

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

in

*Center for Biological Diversity and Amargosa Conservancy v. Debra Haaland, et al.*

Case No. 2:21-cv-01049-JAD-NJK

Declaration of Scott Lake

SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Email: roger@wmaplaw.org
(*pro hac vice application pending*)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and AMARGOSA CONSERVANCY, | |
| Plaintiffs, | Case No: 2:23-cv-1049-JAD-NJK |
| vs. | **DECLARATION OF SCOTT LAKE** |
| DEBRA HAALAND in her official capacity as Secretary of the Interior, TRACY STONE-MANNING in her official capacity as the Director of the Bureau of Land Management, U.S DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and NICHOLAS B. PAY in his official capacity as Field Manager of the Bureau of Land Management Pahrump Field Office, | |
| Defendants. | |

I, Scott Lake, hereby declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts.

2.      I represent Plaintiffs Center for Biological Diversity and Amargosa Conservancy in *Center for Biological Diversity v. Haaland*, 2:23-cv-01049-JAD-NJK (D. Nev.).

3.      On July 7, 2023, I filed Plaintiffs' Complaint (ECF 1) alleging violations of the Federal Land Management and Policy Act (FLPMA), the National Environmental Policy Act (NEPA) and BLM's mining regulations, and requesting injunctive relief, vacatur, and declaratory relief.

4.      On July 7, 2023, after the complaint was filed, my co-counsel in this matter, Roger Flynn, contacted attorneys at the U.S. Department of Justice informing them that the complaint had been filed and requesting a delay of ground-disturbing activity sufficient to avoid the need for immediate injunctive relief. **Attachment 1** is a true and correct copy of this email exchange.

5.      On July 10, 2023, attorneys at the U.S. Department of Justice contacted counsel for Plaintiffs to inform them that, according to statements from project proponent Rover Metals (USA), Inc. (Rover), ground disturbance would start August 1. *See* **Attachment 1**.

6.      On July 13, 2023, Plaintiffs' counsel and Defendants' counsel agreed on a proposed briefing schedule for a Motion for Preliminary Injunction that would begin on July 17, 2023 and conclude on July 28, 2023. *See id*; *see also* Joint Motion to Expedite, ECF 7. This agreed-upon schedule was submitted jointly to this Court by Plaintiffs and Defendants on July 14, 2023. ECF 7. This Court granted the joint motion on July 17, 2023. ECF 8.

7.      On July 13, 2023, Plaintiffs were contacted by a reporter from the Las Vegas Review-Journal requesting comment on statements from Defendants indicating that the challenged agency action had been paused, and that Defendants were going to require a Plan of Operations and NEPA analysis before allowing Rover's project to go forward. Later that day, the Las Vegas Review-Journal published an article stating that the challenged action has been paused pending a Plan of Operations and NEPA review. Colton Lochhead, *Lithium drilling plans near Ash Meadows*

*refuge on pause*, Las Vegas Review-Journal (July 13, 2023), available at: https://www.reviewjournal.com/news/politics-and-government/lithium-drilling-plans-near-ash-meadows-refuge-on-pause-2871536/. According to the article, a BLM spokesperson stated: "Nothing is going to happen until we do a complete (National Environmental Protection [sic] Act) review . . . Exploratory drilling is on hold until Rover submits a plan of development." *Id.*

8.      Plaintiffs requested confirmation of this news from Defendants' counsel, who replied, "BLM has not issued any decision on this but I will keep you updated on any developments." **Attachment 1**.

9.      On July 14, 2023, Plaintiffs' counsel requested an update from Defendants' counsel on the news that ground-disturbing activity had been paused pending a Plan of Operations and NEPA review. Defendants' counsel replied: "BLM is considering information it has received but no new decision on the exploratory drilling has issued nor is likely to issue before next week. We also have not heard anything from Rover on whether their plans to start drilling on August 1st have changed." *Id.*

10.      Plaintiffs' counsel then requested clarification from Defendants' counsel due to the apparent inconsistency between Defendants' public statements and Defendants' counsel's statements to Plaintiffs in this litigation. Defendants' counsel replied: "[W]e are aware of the press statement, but BLM has not yet issued any final decision. Until it does, I cannot say with certainty what Rover's regulatory status is or will be." **Attachment 2** is a true and correct copy of this email exchange.

11.      Since July 14, 2023, Plaintiffs have not received any further information from Defendants or their attorneys.

12.      Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

DATED:  July 17, 2023

*/s/ Scott Lake*
SCOTT LAKE

**Attachment 1 to the Declaration of Scott Lake**

Email Exchange with Defendants' Attorneys at the U.S.
Department of Justice (July 7-14, 2023)

**Scott Lake**

| | |
|---|---|
| **From:** | Roger Flynn <Roger@wmaplaw.org> |
| **Sent:** | Friday, July 14, 2023 10:50 AM |
| **To:** | Boylan, Shannon (ENRD); Montero, Guillermo (ENRD); Scott Lake |
| **Subject:** | RE: Update on Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023) |
| **Attachments:** | unopposed scheduling motion with proposed Order 7-14-23.docx |

Ok, Shannon.  We've turned the Joint scheduling motion into an unopposed motion and say that you're in the process of entering your appearance (attached).

I'm confused, though about your statement, which appears to contradict what BLM has told the public in the article:

"Nothing is going to happen until we do a complete (National Environmental Protection Act) review," BLM Nevada state office spokesperson Rita Henderson said Thursday. "Exploratory drilling is on hold until Rover submits a plan of development."

Can you explain about how Rover could start operations, when BLM has informed the company that the project is on hold until it receives and reviews a plan of development (I assume BLM meant Plan of Operations) and conducts a complete NEPA review?

Thanks,

Roger

---

**From:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Sent:** Friday, July 14, 2023 10:55 AM
**To:** Roger Flynn <Roger@wmaplaw.org>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Update on Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Hi Roger,

BLM is considering information it has received, but no new decision on the exploratory drilling has issued nor is likely to issue before next week. We have also not heard anything from Rover on whether their plans to start drilling on August 1st have changed. Rest assured that I will update you as soon as I learn anything concrete that would impact the PI briefing.

Also, regarding my ECF registration, I need submit some extra documents, so I am not hopeful that I will get a notice of appearance in today.

Thanks,
Shannon

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584
shannon.boylan@usdoj.gov

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Friday, July 14, 2023 11:08 AM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Montero, Guillermo (ENRD)
<Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] Update on Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Shannon – we're hoping you can give us an update on the case and BLM actions, as we're set to file the Joint Scheduling Motion (or Unopposed if you haven't received the ECF clearance and entered your appearance) for the PI briefing today.

But depending on what BLM is doing or has done, etc., a PI may not be needed if BLM's authorization for the drilling and operations has been officially rescinded/withdrawn and no ground disturbance can occur.

Let us know as soon as you can.

Thanks,

Roger

**From:** Roger Flynn
**Sent:** Thursday, July 13, 2023 4:47 PM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Montero, Guillermo (ENRD)
<Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Thanks, Shannon.  Here's the text of the news story.

Lithium drilling plans near Ash Meadows refuge paused by BLM | Las Vegas Review-Journal (reviewjournal.com)

Roger

Feds pause lithium drilling plans near Ash Meadows refuge.

By **Colton Lochhead** Las Vegas Review–Journal

The Bureau of Land Management is putting a halt to potential lithium drilling outside Ash Meadows, a decision that comes after intense pushback from environmentalists and residents who voiced concerns about potentially devastating impacts to the fragile oasis.

Rover Metals will now be required to submit a full plan of development to the agency as part of an environmental review of the company's proposed exploratory lithium drilling project on a mining claim located just north of Ash Meadows National Wildlife Refuge in Nye County, located roughly 90 miles northwest of Las Vegas.

"Nothing is going to happen until we do a complete (National Environmental Protection Act) review," BLM Nevada state office spokesperson Rita Henderson said Thursday. "Exploratory drilling is on hold until Rover submits a plan of development."

BLM officials told representatives from Rover Metals, a Canadian minerals exploration company, of the requirements in a meeting Wednesday.

Previously, the federal agency said that there were no automatic triggers for the environmental reviews because the Rover Metals project would have disturbed less than 5 total acres of land.

Once the agency has determined that the company's plan is complete, then it will tell Rover what information is required, such as resource surveys, to move forward with the environmental review.

The BLM said it will complete any necessary consultation requirements with Native American tribal governments. An environmental review for Rover Metal's proposal also will include opportunities for the public to comment on the project.

"BLM is committed to ensuring any proposed plans for development are done in accordance with law and policy," a BLM official said in a statement. "We will continue to balance responsible development of critical mineral exploration with protecting the lands, water, and wildlife here in Nevada."

Rover Metals CEO Judson Culter did not immediately respond to an email seeking comment Thursday.

The company said ground samples from the area showed high levels of lithium. The company in January submitted its initial drilling notice to the BLM to drill up to 30 boreholes roughly 300

feet deep in search of deposits of the silvery-white metal in the underground clay just north of the refuge.

But some of Rover Metals' proposed drill holes are within 2,000 feet of the refuge's northernmost springs.

The Amargosa Conservancy and Centers for Biological Diversity sued the BLM and U.S. Department of Interior last week over concerns that the drilling could inadvertently drain water away from the federally protected springs and devastate the multiple endemic species that rely on the springs' waters.

The lawsuit accused the BLM of failing to follow requirements under the Endangered Species Act and National Environmental Protection Act that the groups argued should have triggered mandatory environmental reviews due to the potential impact to multiple endangered and threatened species inside the refuge.

Lithium, a key mineral used in the production of electric vehicle batteries, is becoming increasingly more valuable as the Biden administration pushes vehicle manufacturers to ramp up electric vehicle production as part of the president's "clean energy" agenda.

Ash Meadows, established as a wildlife refuge in 1984, is home to four endangered fish species and eight threatened plant species. They include the Devils Hole pupfish, which lives in a single pond on the refuge and is considered the world's rarest fish.

This is a developing story. Check back for updates.

---

**From:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Sent:** Thursday, July 13, 2023 4:34 PM
**To:** Roger Flynn <Roger@wmaplaw.org>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Hi Roger,

BLM has not issued any decision on this, but I will keep you updated on any developments.

Thanks,
Shannon

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584

shannon.boylan@usdoj.gov

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Thursday, July 13, 2023 5:31 PM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Montero, Guillermo (ENRD)
<Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Shannon – we just heard from our client that they were contacted by a reporter this afternoon asking for comment on BLM's decision to now require Rover to submit a Plan of Operations, instead of the NOI, and that operations could thus not go forward at the current time.

Can you please confirm this, and send us the new BLM documents regarding this?

Thanks,

Roger

---

**From:** Roger Flynn
**Sent:** Thursday, July 13, 2023 2:41 PM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Montero, Guillermo (ENRD)
<Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

OK, Shannon. Attached is the revised Joint Motion, with the required approval Order at the bottom (per local rules).

We'll wait to file this until later tomorrow, so maybe you'll be in the case by then.
(and we'll revise it to reflect your consent if that hasn't happened yet).

Roger

---

**From:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Sent:** Thursday, July 13, 2023 2:08 PM
**To:** Roger Flynn <Roger@wmaplaw.org>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake
<slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Hi Roger,

Actually, I forgot that I have not had a case in the District of Nevada yet, and just applied for E-filing registration. I don't know how long that will take to get approved. If I have not filed a notice of appearance by the time you want to file, you could style it as a consent motion.

Thanks,

Shannon

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584
shannon.boylan@usdoj.gov

---

**From:** Boylan, Shannon (ENRD)
**Sent:** Thursday, July 13, 2023 4:01 PM
**To:** Roger Flynn <Roger@wmaplaw.org>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Hi Roger,

The draft looks good. I made a few edits to my signature line, see attached. I will file an appearance today.

Thanks!
Shannon

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584
shannon.boylan@usdoj.gov

---

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Thursday, July 13, 2023 3:12 PM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Shannon – attached is a draft joint scheduling motion for the TRO/PI briefing.
Let us know any edits.
Thanks,
Roger

---

**From:** Roger Flynn
**Sent:** Thursday, July 13, 2023 12:58 PM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Thanks.

What's your mailing address for me to put in the signature block?

Also – are you going to enter your appearance today or early tomorrow morning (pacific time)?

Roger

---

**From:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Sent:** Thursday, July 13, 2023 12:52 PM
**To:** Roger Flynn <Roger@wmaplaw.org>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Thanks, Roger. We can agree to file by 12pm ET on the 24th. And thank you for drafting the motion.

Shannon

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584
shannon.boylan@usdoj.gov

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Thursday, July 13, 2023 2:44 PM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Thanks, Shannon. Your filing on the 24th puts us in a very tight schedule for our reply. Would you be willing to file your response by Noon eastern time on the 24th, so we could get started on our reply that day?
And thanks for your proposal that we file our opening motion on Monday the 17th.

Let us know and I'll send around a draft Joint Scheduling Motion that we can file tomorrow.

Roger

---

**From:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Sent:** Thursday, July 13, 2023 11:55 AM
**To:** Roger Flynn <Roger@wmaplaw.org>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Hi Roger,

It was nice seeing you yesterday. That schedule sounds ok, except we would like to file our response on July 24 if possible as I am losing this weekend to travel. If you want to file your motion on the 17th instead, that would work as well. Let me know if you think that is doable.

I spoke with BLM and they are trying to find out if Rover has counsel yet. I will let you know as soon as I hear anything. I'm also available from 1:30-2:30 MT today if you think we need to discuss anything.

Thanks,
Shannon

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584
shannon.boylan@usdoj.gov

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Thursday, July 13, 2023 12:35 PM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Montero, Guillermo (ENRD)
<Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Shannon – it was good talking with you yesterday after the oral argument in Albuquerque. I hope you are feeling better.

As we discussed, we'd like to propose a schedule for TRO/PI filings in the Ash Meadows case. We propose that:

Plaintiffs would file our TRO/PI motion/memo tomorrow, July 14
Federal Defendants file your response on July 21
Plaintiffs reply on July 28

Since DOJ indicated that, per Rover Metals, drilling and ground disturbance may occur as soon as August 1, we propose that the court hear oral argument on the TRO/PI motion on July 31, or as soon as the court can schedule it after July 28.

If you or BLM hear from Rover that the August 1 date has changed, please let us know ASAP.

Also – as we discussed, please let us know the contact information for counsel for Rover, so we can discuss their potential intervention.

We'd be happy to get on a call today to discuss, if you'd like. Best time for us is from 1:30-2:30 mountain time.

Let us know if this works for DOJ/BLM.  We can draft up a short joint scheduling motion/plan for your review once we have the dates nailed down.

Thanks,

Roger

---

**From:** Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>
**Sent:** Wednesday, July 12, 2023 4:15 AM
**To:** Scott Lake <slake@biologicaldiversity.org>; Roger Flynn <Roger@wmaplaw.org>
**Cc:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Sure thing, I'll pass on anything I hear.

---

**From:** Scott Lake <slake@biologicaldiversity.org>
**Sent:** Tuesday, July 11, 2023 3:13 PM
**To:** Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Roger Flynn <Roger@wmaplaw.org>
**Cc:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Subject:** [EXTERNAL] RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Ok, thanks again. Can you please keep us updated in the meantime? It would be helpful to know their position.

---

**From:** Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>
**Sent:** Tuesday, July 11, 2023 11:21 AM
**To:** Scott Lake <slake@biologicaldiversity.org>; Roger Flynn <Roger@wmaplaw.org>
**Cc:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Thanks Scott.  I don't know Rover's plans, and I have not been in touch with Rover's counsel.

---

**From:** Scott Lake <slake@biologicaldiversity.org>
**Sent:** Tuesday, July 11, 2023 2:18 PM
**To:** Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Roger Flynn <Roger@wmaplaw.org>
**Cc:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Subject:** [EXTERNAL] RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Thanks Guillermo,

We'll get in touch with Shannon later this week about an injunction briefing schedule. Does Rover plan to intervene?

Scott

---

**From:** Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>
**Sent:** Tuesday, July 11, 2023 10:22 AM
**To:** Roger Flynn <Roger@wmaplaw.org>; Scott Lake <slake@biologicaldiversity.org>
**Cc:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Gentlemen, we've finally heard from Rover, they plan to begin activities on August 1. With that, I expect we'll be able to negotiate a reasonable schedule for a TRO motion. I will leave it to Shannon to negotiate that schedule with you when she comes up for air from tomorrow's hearing.

Cheers,

Guillermo

---

**From:** Montero, Guillermo (ENRD)
**Sent:** Tuesday, July 11, 2023 6:35 AM
**To:** 'Roger Flynn' <Roger@wmaplaw.org>; 'Scott Lake' <slake@biologicaldiversity.org>
**Cc:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Good morning, Roger/Scott:

I am still waiting to hear back from Rover, through BLM, about the timing for ground operations. I'll let you know as soon as I hear. Meanwhile, I can confirm that BLM has approved the reclamation bond.

Shannon Boylan (copied here) has been assigned to this matter, but she will be on travel today and in a hearing for *American Magnesium* tomorrow, so I will continue my involvement in this matter until tomorrow afternoon. Please include me and Shannon in all communications through COB Wednesday. Thank you.

---

**From:** Montero, Guillermo (ENRD)
**Sent:** Monday, July 10, 2023 2:01 PM
**To:** Roger Flynn <Roger@wmaplaw.org>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Thanks Roger, makes sense. I'm trying to track that info now and will let you know.

---

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Monday, July 10, 2023 1:54 PM
**To:** Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Thanks, Guillermo. If we don't know when BLM will approve the reclamation bond and when ground operations may begin, we'd have no choice but to file a TRO later this week. If, however, you can inform us that those actions will not occur for some time, then we can avoid a TRO filing, and negotiate a schedule for a preliminary injunction briefing and argument so that the court can hear the PI before those actions occur. Hopefully, BLM can provide you with that information.

Also, please apprise us of your/BLM's efforts to reach out to the company and its counsel.

Please include Scott Lake on all correspondences.

Thanks,

Roger

10

**From:** Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>
**Sent:** Monday, July 10, 2023 11:12 AM
**To:** Roger Flynn <Roger@wmaplaw.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Hi Roger. I don't know of a schedule for surface disturbance, so I can't speak to that. But in terms of staffing, I would assign Shannon Boylan if you tell me you don't plan to move for a TRO before Monday, July 17. I say Monday because Shannon is unavailable until later this week due to the American Magnesium hearing, and she will also be out of pocket this Saturday/Sunday.

Assuming you wouldn't move before Monday, I would assign Shannon and leave it to her to try to track down the company's development plans and work out a schedule with you. Let me know if that works. Thank you.

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Monday, July 10, 2023 12:55 PM
**To:** Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>; Carroll, Arwyn (ENRD) <Arwyn.Carroll@usdoj.gov>
**Cc:** Flake, Troy (USANV) <Tflake@usa.doj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Thanks, Guillermo. Let us know who will be assigned the case so we can hopefully discuss a delay of BLM's final authorizations (such as approval of the reclamation bond) and ground disturbance activities for a sufficient period of time to avoid the plaintiffs' need to pursue a temporary restraining order.

Regards,

Roger

**From:** Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>
**Sent:** Monday, July 10, 2023 7:11 AM
**To:** Carroll, Arwyn (ENRD) <Arwyn.Carroll@usdoj.gov>; Roger Flynn <Roger@wmaplaw.org>
**Cc:** Flake, Troy (USANV) <Troy.Flake@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Good morning, Roger. I am assigning this matter today. In the meantime, feel free to reach out if there's anything you'd like to discuss.

Guillermo A. Montero, Assistant Chief
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-305-0443 (desk)
202-532-3235 (mobile)
guillermo.montero@usdoj.gov

**From:** Carroll, Arwyn (ENRD) <Arwyn.Carroll@usdoj.gov>
**Sent:** Monday, July 10, 2023 8:14 AM
**To:** Roger Flynn <Roger@wmaplaw.org>
**Cc:** Flake, Troy (USANV) <Tflake@usa.doj.gov>; Scott Lake <slake@biologicaldiversity.org>; Montero, Guillermo (ENRD) <Guillermo.Montero@usdoj.gov>
**Subject:** RE: Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Roger,

Thank you for reaching out. You can direct any further correspondence about this matter to Guillermo Montero, cc'd here, for the time being.

Thanks,
Arwyn

---

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Friday, July 7, 2023 4:17 PM
**To:** Flake, Troy (USANV) <Tflake@usa.doj.gov>; Carroll, Arwyn (ENRD) <Arwyn.Carroll@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] Center for Biological Diversity v. Haaland, 2:23-cv-01049 (D. Nev. 2023)

Hi Arwyn and Troy – We are reaching out to share with you a complaint we just filed in the District of Nevada (Vegas Division) to challenge the U.S. BLM's approval of an exploratory mineral drilling project. The complaint is attached.

We intend to serve the complaint in short order, but we are reaching out to you today because it is our understanding that, pursuant to the challenged agency decision, the project may soon commence. We are requesting your assistance in reaching out to the BLM to ascertain when commencement of the project is expected to begin.

Further, to the extent necessary based on such timing information, we are requesting your assistance to determine whether BLM would be willing to work with us to coordinate a delay of any such ground disturbance activities for a sufficient period of time to avoid the plaintiffs' need to pursue a temporary restraining order. Specifically, we would propose that the parties coordinate a delay of sufficient duration to enable an expedited summary judgment proceeding or at least an orderly preliminary injunction proceeding before ground disturbance ensues. Also, your assistance in reaching out to any counsel for the project proponent, Rover Metals, would help this process.

Please advise if you can provide assistance as requested.

Of course, we would be happy to confer with the Justice Department attorney who will ultimately be handling this case if that would be preferable. If so, please let us know who to contact. Thanks, and best regards,

Roger Flynn and Scott Lake
Plaintiffs' Counsel

**Attachment 2 to the Declaration of Scott Lake**

Email Exchange with Defendants' Attorneys at the U.S. Department of Justice (July 14, 2023)

**Scott Lake**

| | |
|---|---|
| **From:** | Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov> |
| **Sent:** | Friday, July 14, 2023 2:33 PM |
| **To:** | Roger Flynn; Scott Lake |
| **Subject:** | RE: Activity in Case 2:23-cv-01049-JAD-NJK Center for Biological Diversity v. Debra Haaland et al Notice (Other) |

Hi Roger,

Regarding your question, we are aware of the press statement, but BLM has not yet issued any final decision.  Until it does, I cannot say with certainty what Rover's regulatory status is or will be.  But I will let you know as soon as I learn more.

Thanks,
Shannon

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584
shannon.boylan@usdoj.gov

---

**From:** Boylan, Shannon (ENRD)
**Sent:** Friday, July 14, 2023 4:44 PM
**To:** Roger Flynn <Roger@wmaplaw.org>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Activity in Case 2:23-cv-01049-JAD-NJK Center for Biological Diversity v. Debra Haaland et al Notice (Other)

Thanks Roger. I am still waiting on a response from BLM to your question but will get back to you as soon as possible.

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584
shannon.boylan@usdoj.gov

---

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Friday, July 14, 2023 4:00 PM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] RE: Activity in Case 2:23-cv-01049-JAD-NJK Center for Biological Diversity v. Debra Haaland et al Notice (Other)

Thanks, Shannon.  Let's go with the Joint Motion, since you've appeared, as it looks better for court approval.  I've attached the agreed-upon version from yesterday which Scott will file later today.

We look forward to your response to our question about the differences between BLM public statements and your email to us about the status of BLM's actions/decisions and the project.

Roger

---

**From:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Sent:** Friday, July 14, 2023 1:48 PM
**To:** Roger Flynn <Roger@wmaplaw.org>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** RE: Activity in Case 2:23-cv-01049-JAD-NJK Center for Biological Diversity v. Debra Haaland et al Notice (Other)

Thank you! I am comfortable with either, so whichever you prefer/is easiest.

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584
shannon.boylan@usdoj.gov

---

**From:** Roger Flynn <Roger@wmaplaw.org>
**Sent:** Friday, July 14, 2023 3:46 PM
**To:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** [EXTERNAL] RE: Activity in Case 2:23-cv-01049-JAD-NJK Center for Biological Diversity v. Debra Haaland et al Notice (Other)

Welcome (officially) to the case, Shannon.

Should we change the unopposed scheduling motion back to Joint motion?

Roger

---

**From:** Boylan, Shannon (ENRD) <Shannon.Boylan@usdoj.gov>
**Sent:** Friday, July 14, 2023 1:44 PM
**To:** Roger Flynn <Roger@wmaplaw.org>; Scott Lake <slake@biologicaldiversity.org>
**Subject:** FW: Activity in Case 2:23-cv-01049-JAD-NJK Center for Biological Diversity v. Debra Haaland et al Notice (Other)

Hi Roger, FYI – I was able to enter my notice of appearance after all.

Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-598-9584
shannon.boylan@usdoj.gov

---

**From:** cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
**Sent:** Friday, July 14, 2023 3:42 PM

**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:23-cv-01049-JAD-NJK Center for Biological Diversity v. Debra Haaland et al Notice (Other)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered by Boylan, Shannon on 7/14/2023 at 12:41 PM PDT and filed on 7/14/2023
**Case Name:**      Center for Biological Diversity v. Debra Haaland et al
**Case Number:**    2:23-cv-01049-JAD-NJK
**Filer:**          Bureau Of Land Management
                    Debra Haaland
                    Nicholas B. Pay
                    Tracy Stone-Manning
                    U.S. Department of the Interior
**Document Number:** 6

**Docket Text:**
**NOTICE *of Appearance* by Bureau Of Land Management, Debra Haaland, Nicholas B. Pay, Tracy Stone-Manning, U.S. Department of the Interior.. (Boylan, Shannon)**

**2:23-cv-01049-JAD-NJK Notice has been electronically mailed to:**

Scott Lake     slake@biologicaldiversity.org

Shannon Boylan     shannon.boylan@usdoj.gov

**2:23-cv-01049-JAD-NJK Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=7/14/2023] [FileNumber=11182294-0] [3cbb96714b7771ce2dbdc305b6fe8e6a4f706bf5796c15e1691f797dfe71d4894f f3073c53767456988f70dc4ed90e339614a4430e341063772b7b68b855d3dd]]