SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Email: roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and AMARGOSA CONSERVANCY,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND in her official capacity as Secretary of the Interior, TRACY STONE-MANNING in her official capacity as the Director of the Bureau of Land Management, U.S DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and NICHOLAS B. PAY in his official capacity as Field Manager of the Bureau of Land Management Pahrump Field Office,<br><br>    Defendants. | Case No: 2:23-cv-1049-JAD-NJK<br><br>JOINT STATUS REPORT |

Plaintiffs, the Center for Biological Diversity and the Amargosa Conservancy, along with the Federal Defendants, U.S. Department of the Interior, Bureau of Land Management, et al. ("BLM"), hereby file this joint status report pursuant to the Court's July 21st order staying this case. *See* ECF No. 15.

The parties are actively engaged in discussions around resolving this case, and propose to submit a Status Report within 60 days of this filing, on or before November 17, 2023. The parties will apprise the Court of any important developments in the case if they occur before then.

Dated September 19, 2023.

Respectfully submitted,

*/s/ Scott Lake*
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

Roger Flynn
Western Mining Action Project
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

*/s/ Shannon Boylan*
Shannon Boylan, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
150 M St. NE
Washington, DC 20002
202-598-9584
shannon.boylan@usdoj.gov

CERTIFICATE OF SERVICE

I, Scott Lake, certify that I served the foregoing to all parties via this Court's ECF filing system, this 19th day of September, 2023.

*/s/ Scott Lake*

2