SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

ROGER FLYNN
CO Bar No. 21078
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Email: roger@wmaplaw.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and AMARGOSA CONSERVANCY,<br><br>   Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND in her official capacity as Secretary of the Interior, TRACY STONE-MANNING in her official capacity as the Director of the Bureau of Land Management, U.S DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and NICHOLAS B. PAY in his official capacity as Field Manager of the Bureau of Land Management Pahrump Field Office,<br><br>   Defendants. | Case No: 2:23-cv-1049-JAD-NJK<br><br>**REVISED JOINT STATUS REPORT** |

Plaintiffs, the Center for Biological Diversity and the Amargosa Conservancy (Plaintiffs) and Defendants, Debra Haaland *et al.*, (BLM) hereby submit this Revised Joint Status Report.

Plaintiffs filed this action on July 7, 2023, challenging BLM's actions in connection with Rover Metals (USA), Inc.'s (Rover) "Let's Go Lithium" project (the Project), proposed mineral exploration operations located adjacent to the Ash Meadows National Wildlife Refuge. *See* Compl., ECF 1. On July 17, 2023, Plaintiffs filed a Motion for Preliminary Injunction seeking to halt mineral operations near the Refuge (ECF 9).

1

On July 19, 2023, Defendants issued two documents in connection with the Project: (1) Rescission of Acknowledgement of Notice and Requirement for Plan of Operations (Decision No. 1); and (2) Rescission of Determination of Required Financial Guarantee for Ongoing Operations (Decision No. 2). *See* July 21, 2023 Joint Motion for Stay of Case and Withdrawal of Preliminary Injunction Motion (ECF 14). These decisions rescinded BLM's "acknowledgement"[1] of Rover's April 5, 2023 Notice of Intent (NOI) and its acceptance of the associated bond.

On July 21, 2023 Plaintiffs and Defendants filed a Joint Motion for Stay of Case and Withdrawal of Preliminary Injunction Motion (ECF 14). This Court granted the Joint Motion on the same day. In its Order granting the Joint Motion, the Court stated that a status report would be due on November 17, 2023.

On November 17, 2023, Plaintiffs and Defendants filed a Joint Status Report (ECF 17), stating that Plaintiffs intended to move to reopen the case to permit additional pleadings and motion practice, including an amendment to the Complaint (ECF 1). However, on November 17, 2023, shortly after the Joint Status Report had been filed, Plaintiffs' counsel obtained a new document entitled "Project Description," which describes a new plan by Rover to conduct mineral exploration activities in the Amargosa Valley near Ash Meadows National Wildlife Refuge.

Based on this new information, Plaintiffs and Defendants have resumed discussions about the status of the case and future proceedings. While those discussions are ongoing, Plaintiffs do not intend to file a motion to reopen the case or amend the Complaint, as stated in ECF 17. Accordingly, Plaintiffs and Defendants now request that the case remain stayed, and propose that

---

[1] Plaintiffs and the Federal Defendants dispute the terminology regarding BLM's actions regarding Rover's Notice of Intent, more specifically whether BLM "acknowledged" Rover's NOI or whether BLM "approved" operations under the NOI. However, that dispute does not affect this Joint Status Report and Motion.

the parties jointly file a status report within 30 days of this Court's approval of this Revised Joint Status Report to inform the Court of any additional developments.

Respectfully submitted this 21st day of November, 2023,

      */s/ Scott Lake*
      Scott Lake
      Center for Biological Diversity
      P.O. Box 6205
      Reno, NV 89513
      (802) 299-7495
      slake@biologicaldiversity.org

      Roger Flynn
      Western Mining Action Project
      P.O. Box 349, 440 Main Street, #2
      Lyons, CO 80540
      (303) 823-5738
      roger@wmaplaw.org
      (*pro hac vice application to be submitted*)

      *Attorneys for Plaintiffs*

      */s/ Shannon Boylan (with permission)*
      Shannon Boylan, Trial Attorney
      Natural Resources Section
      Environment and Natural Resources
      Division United States Department of Justice
      150 M St. NE
      Washington, DC 20002
      202-598-9584
      shannon.boylan@usdoj.gov

      *(Attorney for Defendants)*

**IT IS SO ORDERED**

_____
U.S. District Judge Jennifer A. Dorsey

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of November, 2023 I served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

*/s/ Scott Lake*